IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO McKINNEY, K-74846,       ) | |
|               Petitioner,        ) | No. C 11-3518 CRB (PR) |
|       vs.                                        ) | ORDER OF DISMISSAL |
| STATE OF CALIFORNIA, et al.,         ) | (Docket # 4) |
|              Respondent(s).    ) | |

On July 18, 2011, the clerk filed as a new action a motion by Alonzo McKinney, a prisoner at Salinas Valley State Prison (SVSP), seeking an investigator in connection with a "hate crime." On that same date, the clerk notified plaintiff in writing that the action was deficient because he did not file an actual complaint or petition, or pay the requisite filing fee or submit a signed and completed court-approved application to proceed in forma pauperis (IFP). McKinney was advised that failure to file the requested items within 30 days would result in dismissal of the action.

On August 12, 2011, McKinney filed an application to proceed IFP (docket # 4) which, based solely on his affidavit of poverty, is GRANTED. And on August 16, 2011, McKinney filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging various conditions of his confinement, including his medical care and religious diet.

The petition for a writ of habeas corpus is DISMISSED without prejudice to filing a civil rights complaint under 42 U.S.C. § 1983.  Although the Supreme Court has not addressed whether a challenge to a condition of confinement may be brought under habeas, see Bell v. Wolfish, 441 U.S. 520, 526 n.6 (1979), the Ninth Circuit has held that habeas jurisdiction is absent, and a § 1983 action proper, where, as here, a successful challenge to a prison condition will not necessarily shorten the prisoner's sentence.  Ramirez v. Galaza, 334 F.3d 850, 859 (9th Cir. 2003).  In addition, the preferred practice in the Ninth Circuit has been that challenges to conditions of confinement be brought in a civil rights complaint.  See Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991) (civil rights action is proper method of challenging conditions of confinement); Crawford v. Bell, 599 F.2d 890, 891-92 & n.1 (9th Cir. 1979) (affirming dismissal of habeas petition on basis that challenges to terms and conditions of confinement must be brought in civil rights complaint).

The clerk shall send McKinney a prisoner civil rights complaint form, enter judgment in accordance with this order, terminate all pending motions as moot, and close the file.

SO ORDERED.

DATED:  Aug. 19, 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.11\McKinney, A1.dismissal.wpd